NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-30026 |
| Plaintiff - Appellee, | D.C. No. 1:08-CR-00199-EJL |
| v. | |
| JESUS FLORES-MANCERA, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Idaho
Edward J. Lodge, District Judge, Presiding

Submitted December 15, 2009 [**]

Before:    GOODWIN, WALLACE, and FISHER, Circuit Judges.

Jesus Flores-Mancera appeals from the 24-month sentence imposed

following his guilty plea conviction for illegal reentry, in violation of 8 U.S.C. §

1326(a).  We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

EH/Research

Flores-Mancera contends that the district court unreasonably applied the sentencing factors listed in 18 U.S.C. § 3553(a), thereby rendering his sentence substantively unreasonable.  A review of the record demonstrates that the judge considered many of the § 3553 factors and that given the totality of the circumstances, Flores-Mancera's sentence is reasonable.  *See Gall v. United States*, 552 U.S. 38, 51 (2007).

**AFFIRMED.**